IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Richard Francis Black,           :
                    Appellant    :
                                 :
          v.                     :          No. 251 C.D. 2018
                                 :
Commonwealth of Pennsylvania,    :
Department of Transportation,    :
Bureau of Driver Licensing       :

## **O R D E R**

NOW, February 8, 2019, having considered appellant's application for reargument, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge